Michael W. Carruth, Bar No. 249263
Taylor A. Wall, Bar No. 328538
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 282-0100/FAX (916) 444-7544
mcarruth@klinedinstlaw.com
twall@klinedinstlaw.com

Attorneys for Attorneys for Regal Cinemas (sued incorrectly as REGAL ENTERTAINMENT GROUP, INC., d/b/a/ REGAL CINEMAS, and REGAL ENTERTAINMENT DISTRIBUTION, LLC)

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIA MOLDOVAN, BARRY BLACHER and MYRA STEVENS, individually, and as successors-in-interest to Bernice Blacher, deceased;<br><br>Plaintiffs,<br><br>v.<br><br>REGAL ENTERTAINMENT GROUP, INC. dba REGAL CINEMAS, a foreign corporation; REGAL ENTERTAINMENT DISTRIBUTION, LLC, a foreign limited liability company; and DOES 1 THROUGH 50, inclusive;<br><br>Defendants.<br><br>REGAL CINEMAS,<br><br>Cross-Complainant,<br><br>v.<br><br>Does 1 through 100,<br><br>Cross-Defendant. | Case No. 2:26-cv-04681 CAS (PVCx)<br><br>**ORDER GRANTING STIPULATION TO REMAND**<br><br>Action Filed:      November 24, 2025 |

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

1

[PROPOSED] ORDER GRANTING STIPULATION TO REMAND

Pending before this Court is the Stipulation and Joint Request to Remand this case back to Ventura County Superior Court. After reviewing the stipulation, this Court finds good cause. Therefore, the stipulation is GRANTED.

IT IS HEREBY ORDERED that this case is to be remanded back to Ventura County Superior Court.

DATED: May 11, 2026

By: *Christine A. Snyd*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814